**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Vince Faridani
Plaintiff,
v.
McKenna Capital LLC
Defendant.

Case No.: 1:24−cv−08030
Honorable Franklin U. Valderrama

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 23, 2025:

MINUTE entry before the Honorable Keri L. Holleb Hotaling: The Court is in receipt of DEFENDANTS' AND RELIEF DEFENDANTS' MOTION TO QUASH PLAINTIFF'S THIRD−PARTY SUBPOENA TO JPMORGAN CHASE BANK, N.A. [Dkt. 149]. Plaintiff is to file a response by 1/6/2026. This matter is set for an IN−PERSON motion hearing on 1/13/2026 at 11:30 a.m. CT in Courtroom 1700, 219 South Dearborn Street, Chicago, IL 60604. If Plaintiff receives any documents in response to the subpoena (with a return date of 1/2/2026, see Dkt. 149−2) before the Court rules on the motion to quash, IT IS NOT TO REVIEW SUCH MATERIALS until after the Court makes its ruling. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.