**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Vince Faridani
Plaintiff,
v.
McKenna Capital LLC
Defendant.

Case No.: 1:24−cv−08030
Honorable Franklin U. Valderrama

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 5, 2026:

MINUTE entry before the Honorable Franklin U. Valderrama: Before the Court is Respondents Touzi Capital, LLC and Eng Taing's motion to dismiss and emergency motion to stay discovery [305] and motion for leave to file excess pages [306]. While the Court is understanding of Respondents' arguments in support, the Court is not convinced that an additional fifteen pages is warranted. The Court will allow twenty−five (25) pages of briefing. Respondents are also directed to file any motion to stay discovery as a separate motion on the docket. Updated motions are due on or before 11/12/2026. The pending motion to dismiss [305] and motion for leave to file excess pages [306] are denied without prejudice. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.